## BENSELL ET AL. v. BOYD.

### May 11, 1839.

*Rule to show cause why an appeal should not be struck off.*

Plaintiffs in ejectment claiming as tenants in common, appealed from an award of arbitrators, under the act of 1810; but one made the affidavit: *Held*, that the appeal was good.

[Bensell et al. v. Boyd.]

THIS was an action of ejectment brought by Bensell and others, against Boyd, to June term, 1831, No. 225. It was arbitrated under the act of 1810, and the arbitrators awarded no cause of action. The plaintiffs appealed; but one of them made affidavit.

This was a rule to show cause why the appeal should not be struck off as to all the plaintiffs, except E. W. Bensell who made the affidavit.

*Cadwalader*, for the rule, referred to the act of 1806, and the decisions thereon.

*Markland*, contra, cited 5 *S. & R.* 329 ; 2 *S. & R.* 107.

PER CURIAM.—By the pleadings it appears that the plaintiffs claim as tenants in common. Where the interest of the appellants is joint, an affidavit by one is sufficient.

Rule discharged.